CRPM 673

**William Trotter**

| | |
|---|---|
| **From:** | Deana Williamson |
| **Sent:** | Tuesday, August 09, 2016 12:10 PM |
| **To:** | William Trotter |
| **Subject:** | Raymond Keith Odom, Jr. - 10-12-00059-CR |

Hi William,

The Court is requesting the record in the above cause be forwarded for review.

Thank you,

Deana Williamson
Deputy Clerk
Court of Criminal Appeals
512-936-1640

1